Jean-Paul Ciardullo, Bar No. 284170
jciardullo@foley.com
Christina Kennedy, FL Bar No. 58282
(admitted *pro hac vice*)
ckennedy@foley.com
Caroline Royce, FL Bar No. 1025139
(admitted *pro hac vice*)
croyce@foley.com
**FOLEY & LARDNER LLP**
555 S. Flower Street, Suite 3300
Los Angeles, CA  90071-2411
Telephone:  213.972.4500
Facsimile:  213.486.0065

*Attorneys for Defendant*
*FUTURHEALTH, INC*

Rachel E. Kaufman, Bar No. 259353
rachel@kaufmanpa.com
**KAUFMAN P.A.**
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff Chet Michael Wilson*
*and the putative Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>FUTURHEALTH, INC.,<br><br>                  Defendant. | Case No. 3:25-cv-00157-BJC-DDL<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Wilson and Defendant FuturHealth, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED: January 9, 2026

**FOLEY & LARDNER LLP**
Christina M. Kennedy

_/s/ Christina M. Kennedy_
Jean-Paul Ciardullo, Bar No. 284170
Christina M. Kennedy, FL Bar No. 58282
(admitted _pro hac vice_)
Caroline Royce, FL Bar No. 1025139
(admitted _pro hac vice_)

Attorneys for Defendant
FUTURHEALTH, INC

DATED:   January 9, 2026

**KAUFMAN P.A.**
Rachel E. Kaufman

_/s/Rachel E. Kaufman_
Rachel E. Kaufman (CSB # 259353)

Attorneys for Plaintiff
CHET MICHAEL WILSON, individually and
on behalf of all others similarly situated

_I hereby certify that the above attorney, Christina M. Kennedy, gave consent to file this document._

_/s/ Rachel E. Kaufman_
Rachel E. Kaufman

STIPULATION OF DISMISSAL
Case No. 3:25-cv-00157-BJC-DDL